UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS CLEMENT AND LYNDEN CLEMENT | CIVIL ACTION NO.: _____ |
| VERSUS | JUDGE: |
| SUPERIOR ENERGY SERVICES, INC., DYNAMIC OFFSHORE RESOURCES, L.L.C., BOOTS & COOTS SPECIAL SERVICES, INC. AND BOOTS & COOTS SERVICES, L.L.C. | MAGISTRATE JUDGE: |

**COMPLAINT FOR DAMAGES**
_____

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Thomas Clement and Lynden Clement, persons of the full age of majority and domiciled in the Parish of Terrebonne, State of Louisiana, who respectfully aver as follows:

1.

Plaintiffs bring suit in this court pursuant to the Outer Continental Shelf Lands Act and the laws of the State of Louisiana. Further, petitioners designate this case as an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Made defendants herein are:

(1) **SUPERIOR ENERGY SERVICES, INC. ("SUPERIOR"),** a foreign corporation authorized to do and doing business in the State of Louisiana;

(2) **DYNAMIC OFFSHORE RESOURCES, L.L.C. ("DYNAMIC"),** a foreign limited liability company authorized to do and doing business in the State of Louisiana;

(3) **BOOTS & COOTS SERVICES, L.L.C.,** a foreign limited liability company authorized to do and doing business in the State of Louisiana; and

(4) **BOOTS & COOTS SPECIAL SERVICES, INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana.

3.

Named defendants are justly and truly indebted to plaintiff for all damages that are reasonable in the premises, together with legal interest from the date of injury and for all costs of these proceedings by reason of the following:

4.

At all material times herein, plaintiff, Thomas Clement, was employed by B & B Oilfield Services, L.L.C. as a service technician, and was assigned to perform certain work duties on the BULLWINKLE, a fixed drilling platform, owned by defendant, Superior Energy Services, Inc.

5.

At all material times herein, defendant, Dynamic Offshore Resources, L.L.C., was the owner and/or operator of the BULLWINKLE.

6.

At all material times herein, defendant, Boots & Coots Special Services, Inc., and/or Boots & Coots Special Services, L.L.C., was the owner and/or operator of the snubbing unit utilized on the BULLWINKLE.

7.

On or about April 24, 2011, while working within the course and scope of his employment as a service technician on the BULLWINKLE, plaintiff sustained serious physical injuries to his left leg when he fell as he descended the ladder on the exterior of the snubbing unit.

8.

At the time of his fall, plaintiff was wearing full fall arrest gear, and utilizing the Sala block attached to the top of the snubbing unit.

9.

As he descended, plaintiff's boot slipped on a ladder rung that was coated with drilling mud and he lost his footing, causing him to fall. The Sala block failed to engage, which allowed plaintiff to free fall to the floor of the platform.

10.

Plaintiff landed hard on his left leg, and as a result, suffered a ruptured tendon in his left leg. Plaintiff underwent surgery, but has been left with permanent physical restrictions of his left leg.

11.

As a result of the permanent disability caused by these injuries, plaintiff will no longer be able to engage in his chosen occupation and will suffer a substantial loss of earnings, both past and future.

12.

Because of these injuries, petitioner has endured and will continue to endure extreme physical and mental pain, suffering, and disability, and he has sustained a substantial loss of his enjoyment of life.

13.

Because of these injuries, plaintiff has in the past and will in the future expend large sums of money for medical care and treatment for which he is entitled to be compensated.

14.

It is alleged upon information and belief that the damages and injuries suffered by plaintiff were caused by the negligence of the defendants, in the following non-exclusive respects:

- a. Failure to follow reasonable and necessary safety precautions in the operation and employment of its equipment, personnel and snubbing unit;
- b. Failure to properly train, supervise, and/or inform personnel participating in the procedures being performed at the time of the accident;
- c. Failure to provide plaintiff with a safe place to work;
- d. Failure to secure and/or supply equipment, apparel and furnishings which were safe and in all respects fit for their intended purpose and use;
- e. Failure to provide adequate equipment to perform the task being performed;

    f.    Engagement and assignment of an insufficient and/or unqualified crew;

    g.    Failure to carefully inspect the snubbing unit for deficiencies;

    h.    Failure on the part of on-scene personnel to recognize the obvious dangers present at the scene of the accident prior to plaintiff's injury which caused or contributed to plaintiff's injuries;

    i.    Failure to conduct a job safety analysis prior to initiating the operating being conducted at the time of the incident;

    j.    Failure to devise and implement a plan which sufficiently considered personnel safety issues; and

    k.    Any and all other acts of negligence and/or fault which may be proven at the trial of this matter or discovered prior thereto.

15.

The aforesaid allegations of negligence and also constitute the breach of certain conventional and natural obligations undertaken by the defendants for the benefit of plaintiff and all those similarly situated, all of which constitute causes of action pursuant to the Louisiana Civil Code and other laws of the State of Louisiana.

As a result of the negligence of defendants, plaintiff alleges that he has sustained damages as follows:

1. General damages, including past and future mental pain, suffering and discomfort, permanent disability and disfigurement, and loss of enjoyment of life;

2. Past and future medical expenses;

3. Past and future loss of wage and earning capacity;

4. Loss of consortium, society and services; and

5. Any and all other damages which may be proven at the trial of this matter.

16.

Plaintiff is entitled to maintain this action against and seek recovery from the defendants under the Jones Act and General Maritime Law, and additional, pursuant to the laws of the State of Louisiana, including but not limited to, Louisiana Civil Code Articles 2315, 2317 and/or 1756, *et seq.*

**WHEREFORE,** plaintiffs pray that the named defendants be served with a certified copy of this Complaint For Damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of plaintiffs, THOMAS CLEMENT AND LYNDEN CLEMENT, and against the defendants, SUPERIOR ENERGY SERVICES, INC., DYNAMIC OFFSHORE RESOURCES, L.L.C., BOOTS & COOTS SPECIAL SERVICES, INC., AND BOOTS & COOTS SERVICES, L.L.C., jointly, severally and *in solido*, for all damages that are reasonable in the premises, together with legal interest and for all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully submitted,

/s/ Christopher J. St. Martin
**CHARLES C. BOURQUE, JR. (# 20118)**
**CHRISTOPHER J. ST. MARTIN (#26122)**
**JOSEPH G. JEVIC III (#23145)**
**ADAM J. TRIPLETT (# 32058)**
**ST. MARTIN & BOURQUE**
A Professional Law Corporation
Post Office Box 2017
4084 Highway 311
Houma, Louisiana 70361-2017
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

**SERVICE INFORMATION:**

**SUPERIOR ENERGY SERVICES, INC.**
Through their registered agent for service:
William B. Masters
601 Poydras St., Suite 2400
New Orleans, LA 70130

**DYNAMIC OFFSHORE RESOURCES, L.L.C.**
Through their registered agent for service:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**BOOTS & COOTS SPECIAL SERVICES, INC.**
Through their registered agent for service:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**BOOTS & COOTS SERVICES, L.L.C.**
Through their registered agent for service:
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808